UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-14010-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

JUDITH LAIR TEATER,

    Defendant.
_____/

## FACTUAL PROFFER

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and Judith Lair TEATER ("Defendant"), together with her counsel, admits the government can prove the allegations contained within Count Three of the Indictment, which charges the defendant with marriage fraud, in violation of Title 8, United States Code, Section 1325(c); and also stipulates that those allegations, elements of the crime and the following recitation of the facts shall constitute the underlying factual basis for the entry of a plea of guilty in this case:

On May 5, 2022, Special Agent ("SA") Brian Ray, of the Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), forensically extracted data from Daniel Crow's iPhone during a separate criminal investigation. A search of that iPhone revealed text messages between Crow and one of his girlfriends, Judith TEATER. While reviewing the messages, SA Ray noted discussions between Crow and TEATER regarding a scheme for TEATER to fraudulently marry Valle Vinsent LAITINEN, for the purpose of obtaining an immigration benefit for LAITINEN. LAITINEN is an alien and Finnish national.

1

In text messages from June of 2020, a message indicated that LAITINEN had proposed marriage, and that TEATER had clarified that "there would NEVER be anything physical between us. That's just awkward." In one message, TEATER relayed to Crow that LAITINEN had not purchased her a car, to which Crow responded "Guess he don't want that green card then...[n****] got pay." TEATER replied "Oh i'll get paid fo sho." TEATER and Crow later discussed how much TEATER could get paid, and how long LAITINEN would have to stay married to TEATER before he got his "green card." TEATER then said "He has researched a lot apparently. Lol I'm scared to, I dont want it on my search log or history."

Records from the Martin County, Florida, Clerk's Office show that LAITINEN and TEATER applied for a marriage certificate on August 13, 2020, and were married at the Martin County Courthouse, in the Southern District of Florida, on August 20, 2020. LAITINEN then left the United States around September 16, 2020.

Agents uncovered screenshots of messages between LAITINEN and TEATER in TEATER's cell phone. In those messages, which took place in September of 2020, the two argued over living arrangements and chores in the household. In one message, TEATER writes "I just won't expect anything from you, itll be strictly an arrangement." TEATER later says they should have a contract and says LAITINEN should give a number that he knows he can pay. LAITINEN provided "20k over 36 months from the day I arrive," and TEATER complained that if LAITINEN was living there again, that would cover expenses. The two then discussed filling out and submitting immigration paperwork, and LAITINEN clarified that "Filling it=mailing it to the immigration authority."

Agents also recovered messages between Crow and LAITINEN from October of 2020. In these messages, LAITINEN complained that TEATER "flaked out" after they got married. Crow

asked LAITINEN if he could still capitalize on the marriage for citizenship and employment, and LAITINEN responded that he could not because TEATER refused to send in the immigration paperwork, despite it being done and ready to be signed and submitted. LAITINEN discussed doing a "mountain of paperwork" and having to get identification information for one of TEATER's relatives.

Elements of the Offense

I, Judith Lair TEATER, am aware of and understand the nature and elements of the charge to which I am pleading guilty, because I have discussed the nature and elements of the charge and what the prosecutor must prove to convict me with my attorney. I understand that the United States must and can prove the following elements of the offense beyond a reasonable doubt:

**Count Three – Marriage Fraud – Title 8, United States Code, Section 1325(c)**

1. Defendant knowingly entered into a marriage; and
2. Defendant did so for the purpose of evading any provision of the immigration laws of the United States.

Date: May 1, 2023

By: MARKENZY LAPOINTE
UNITED STATES ATTORNEY
JUSTIN L. HOOVER
ASSISTANT UNITED STATES ATTORNEY

Date: 5/3/23

By: KAFAHNI NKRUMAH
ATTORNEY FOR DEFENDANT

Date: 5/3/23

By: JUDITH LAIR TEATER
DEFENDANT

3