UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 23-CR-14010-MARTINEZ/BECERRA

UNITED STATES OF AMERICA

    Plaintiff,

v.

JUDITH LAIR TEATER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Maynard on May 3, 2023 [ECF No. 76]. A Report and Recommendation was filed on May 3, 2023, recommending that the Defendant's plea of guilty be accepted [ECF No. 79]. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however defendant Judith Lair Teater only filed a Notice of Defendant's Response [ECF No. 86] to state that she had no objections. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 79] of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty as to Count 3 of the Indictment. This count charges the Defendant with Marriage Fraud, in violation of 8 U.S.C. § 1325(c). The Defendant acknowledged that she understood the statutory penalties that apply in her case.

Sentencing has been set in this matter for **Wednesday, July 12, 2023, at 11:00 a.m.,** before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of May, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office